FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2021

No. 04-19-00318-CV

Leticia R. **BENAVIDES**,
Appellant

v.

Cristina B. **ALEXANDER**, as Permanent Guardian of the Person of Carlos Y. Benavides, Jr.;
Carlos Y. Benavides, III; Rancho Viejo Cattle Company, Ltd.; Benavides Management, LLC;
and Linda Cristina Alexander and Guillermo Benavides, as Managers of Benavides
Management, LLC,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ-000161-D1
Honorable Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

Sitting:  Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Beth Watkins, Justice

This appeal is set for submission on oral argument on September 16, 2021. On September 13, 2021, cross-appellants filed a motion requesting "an additional 10 minutes to present argument, so that each side will have 30 minutes." Cross-appellants also request that their additional time be allotted toward a separate "time for rebuttal after [appellant] argues." Appellant filed a response arguing that because she is the appellant, Texas Rule of Appellate Procedure 39.3 provides that she "must be allowed to conclude the argument." TEX. R. APP. P. 39.3.

After consideration, cross-appellants' motion is **GRANTED IN PART** and **DENIED IN PART**. We **GRANT** cross-appellants' request for additional time and **DENY** cross-appellants' request to present rebuttal after appellant completes all of her argument. *See id.* We **ORDER** that the oral argument will proceed as follows:

--Appellant will have 20 minutes to present her opening argument;
--Cross-appellants will have one 30-minute period to present their opening argument and any rebuttal to appellant's opening argument;

FILE COPY

--Appellant will have 10 minutes to present rebuttal argument.

.

It is so **ORDERED** September 14, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT